# Court of Appeals
# of the State of Georgia

ATLANTA, October 18, 2012

*The Court of Appeals hereby passes the following order*

**A13D0062. LEIGH ANNE WELLER v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1212934



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, October 18, 2012.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

, Clerk.